|   |   |
|---|---|
| 1 | Geoffrey H. Baskerville, *pro hac vice* |
| 2 | **FRANCIS & MAILMAN, P.C.**<br>Land Title Building, 19th Floor |
| 3 | 100 South Broad Street |
| 4 | Philadelphia, PA 19110<br>(215) 735-8600 |
| 5 | gbaskerville@consumerlawfirm.com |

Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetaterlawfirm.com

*Attorneys for Plaintiff Amanda Ferguson*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FERGUSON,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case Number  SACV12-2110 DOC (ANx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AMANDA FERGUSON AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC**<br><br>COMPLAINT FILED: DECEMBER 5, 2012 |

IT IS HEREBY STIPULATED by and between Plaintiff Amanda Ferguson and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's

1  claims against Experian in the above action be and hereby are dismissed with
2  prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each
3  side shall bear her or its own attorneys' fees and costs incurred herein.

6  Dated:  December 6 , 2013           FRANCIS & MAILMAN

8                                      By */s/ Geoffrey Baskerville*
9                                            Geoffrey Baskerville

10                                     Attorney for Plaintiff
                                       Amanda Ferguson

11 Dated:  December 6, 2013            JONES DAY

13                                     By */s/ Rachel T. Gezerseh*
14                                            Rachel T. Gezerseh

15                                     Attorney for Defendant
                                       EXPERIAN INFORMATION
16                                     SOLUTIONS, INC.

STIPULATION FOR DISMISSAL
Case No. SACV 12-2110 DOC (ANx)

## **CERTIFICATE OF SERVICE**

I, Geoffrey H. Baskerville, hereby certify that, on this date, I caused a true and correct copy of the foregoing Stipulation for Dismissal with Prejudice between Plaintiff Amanda Ferguson and Defendant Experian Information Solutions, Inc. to be served via e-mail, upon the following individual:

Rachel Tessa Gezerseh
rgezerseh@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300


Respectfully submitted,

*/s/ Geoffrey H. Baskerville*
Geoffrey H. Baskerville
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Dated: December 6, 2013